UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYSHAN SHIPMAN,

                Defendant.



No. 11-cr-933-3 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the government shall file a response by Monday, May 18, 2020, setting forth its position on defendant's motion for compassionate release from custody (ECF No. 129).

SO ORDERED.

Dated:    May 14, 2020
             New York, New York

                                  RICHARD J. SULLIVAN
                                  UNITED STATES CIRCUIT JUDGE
                                  Sitting by Designation